## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. CCB-09-128 |
| | * | |
| ANTONIO THOMPSON | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

Now pending is Antonio Thompson's request for a reduced sentence, construed as a pro se motion for compassionate release pursuant to pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF 125). Upon review of Thompson's submission, the court finds he does not make the required showing of "extraordinary and compelling" reasons justifying the imposition of a reduced sentence. Thompson references the COVID-19 pandemic, but does not describe any underlying health conditions that would make him particularly susceptible to illness. With respect to Thompson's arguments related to the § 851 notice and the career offender guidelines, the court has already considered those arguments, and, in fact, earlier this year granted Thompson's First Step Act motion for a reduced sentence based in part on these arguments. (ECF 123). Moreover, there is no indication that Thompson has exhausted his administrative remedies.

Accordingly, Thompson's request for a reduced sentence pursuant to the compassionate release statute (ECF 125) is DENIED.

So Ordered this __29th__ day of June, 2020.

_____/S/_____
Catherine C. Blake
United States District Judge

1